# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW JONES, | ) |
|     Plaintiff, | ) Case No. 1:24-cv-00126-RGA |
| v. | ) |
| FAZE HOLDINGS INC., ANGELA DALTON, MICKIE ROSEN, NICK LEWIN, PAUL HAMILTON, ROSS LEVINSOHN, ANDRE FERNANDEZ, and BRUCE GORDON, | ) JURY TRIAL DEMANDED |
|     Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: April 17, 2024

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*